AO-106 (Rev: 06/09)-Application for Search Warrant

**FILED**

# UNITED STATES DISTRICT COURT

APR 0 1 2024

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

for the

Northern District of Oklahoma

| | |
|---|---|
| In the Matter of the Search of<br>**IN THE MATTER OF THE SEARCH OF**<br>**INFORMATION ASSOCIATED WITH FACEBOOK**<br>**"LEXUS FENIX" IDS 1000564444966811, THAT IS**<br>**STORED AT PREMISES CONTROLLED BY**<br>**FACEBOOK INC.** | )<br>)<br>)<br>)<br>)   Case No. 24-MS-209- MTS<br><br>**FILED UNDER SEAL** |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment "A"

located in the __Northern__ District of __California__ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment "B"

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| §§ 1151, 1153, and 1111 | First Degree Murder in Indian Country |

The application is based on these facts:
    **See Affidavit of Ashleigh Siska attached hereto**.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Ashleigh Siska, S.A. FBI
*Printed name and title*

Subscribed and sworn to by phone.

Date: 4-1-2024

_____
*Judge's signature*

City and state:  Tulsa, Oklahoma

Mark T. Steele, U.S. Magistrate Judge
*Printed name and title*

## IN THE UNITED STATES DISTRICT COURT
## FOR NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK "LEXUS FENIX" IDS 1000564444966811, THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK INC.** | **FILED UNDER SEAL**<br><br>**Case No.** _____ |

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Ashleigh Siska, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a search warrant for information associated with a certain Facebook user ID that is stored at premises owned, maintained, controlled, or operated by Facebook Inc. ("Facebook"), a social networking company headquartered in Menlo Park, California.  The information to be searched is described in the following paragraphs and in Attachment A.  This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Facebook to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the user ID.

2.     I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since June 2023.  Prior to being employed by the FBI, I served as an Inspector for the Wisconsin State Patrol for approximately five years. I received a Bachelor of Science Degree in Criminal Justice and Psychology from University of South Dakota in 2013.  I attended and completed the Wisconsin State Patrol Academy in 2014 and the FBI Academy in 2023. During this training, I received detailed academic and practical training in the areas of, but not limited to narcotics enforcement, drug identification, violent crime and gang investigations, and other law enforcement and investigative techniques. Following my formal training at the WSP academy, I completed the Institute of Police Technology and Management Traffic Crash Reconstructionist Program.  I am currently assigned to Tulsa FBI Resident Agency Indian Country Unit, where I investigate various homicide related cases.

3.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement partners, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

4.     Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 18, United States Code, §§ 1151, 1153, and 1111 (First Degree Murder in Indian Country) have been

2

committed by Lexus Fenix. There is also probable cause to search the information

described in Attachment A for evidence of these crimes as described in Attachment

B.

## PROBABLE CAUSE

5.      At all times relevant to this Complaint, the subject, **Lexus Fenix**, is a

member of the Absentee Shawnee, enrollment number 3720.

6.      That the incident occurred in Tulsa County, State of Oklahoma, within

the boundaries of the Cherokee Nation and within the Northern District of

Oklahoma.

7.      That sometime during the evening of March 16, 2024, by unlawfully,

willfully, intentionally and feloniously, with a premeditated design to effect death,

**Fenix** did cause and effect the death of one MITCHELL JEFFERSON. After a brief

interaction, Jefferson attempted to exit the moving vehicle and **Fenix**, the driver,

sped up. Tuell shot Jefferson, then **Fenix** ran over Jefferson and continued to speed

away in the blue Honda Civic.

8.      That on March 16, 2024, at approximately 1716 hours, Tulsa Police

Department officers were dispatched to 1800 North Yorktown Avenue, Tulsa,

Oklahoma for a hit and run. Jefferson was located with trauma to the head and two

phones were located on or near Jefferson at the scene. Jefferson was transported to

Ascension St. John Medical Center where Emergency Medical Authority pronounce

3

him deceased at 1738 hours. The crime scene was processed, and evidence was collected by TPD.

9.     TPD received numerous leads and located and identified witnesses during their investigation. Witness known as S.H. revealed Jefferson and Tuell were together prior to March 16, 2024. Tuell is in a relationship with **Fenix**. Tuell found out Jefferson was flirting with **Fenix** and Tuell did not appreciate it. Tuell had stollen items from Jefferson's about a week before and a physical altercation took place.

10.    On March 16, 2024, S.H. saw Tuell and **Fenix** together. Tuell and **Fenix** left S.H.'s apartment around 1230 hours in a blue Honda. Tuell had a 12-gauge shotgun with him when he left.  Tuell told S.H. that they were "going to give Mitchell a ride." At 1726 hours, S.H. called Tuell and Tuell did not answer. At 1735 hours, Tuell called S.H. back and said, "I just blew his head off." S.H. stated that **Fenix** was screaming in the background and said Tuell shot him. S.H. showed TPD the call log with time stamps.

11.    On March 14, 2024, Jefferson had stolen **Fenix's** iPhone. On March 16, 2024, Facebook messages from Jefferson to **Fenix** revealed that Jefferson wanted to give **Fenix** her phone back. At 1608 hours, Jefferson called **Fenix** on Facebook and then messaged her, "aim getting rid of the phone if u don't come get it."

12.    Additionally, another witness known as C.O., provided information on March 17, 2024, that they spoke to **Fenix** recently. **Fenix** stated Tuell "killed

4

Mitchell." **Fenix** stated to C.O. that Tuell shot Jefferson and **Fenix** ran him over when he fell out of the vehicle. **Fenix** stated she dropped Tuell off at an unknown location and "burned the car." C.O. confirmed that one of the phones found on the scene was **Fenix's** iPhone.

13.     TPD received video surveillance footage from the area of the scene at address 2104 East Seminole Street, Tulsa, Oklahoma.  The provided video footage revealed a blue Honda Civic traveling northbound on Yorktown Avenue at 1710 hours passing by the residence at a high rate of speed. The front passenger door was open with a person in the passenger seat. The back right passenger window was missing and had what appeared to be plastic held up by tape around the window.

14.     That the suspects are identified as Kory Tuell and Lexus Nicole Fenix. Tuell has a date of birth of xx-xx-1993 and the last four of his SSN is 8133. Tuell is a confirmed member of the Cherokee Nation, with enrollment number 178980. **Fenix** has a date of birth xx-xx-2004 and the last four of her SSN is 4684. Fenix is a confirmed member of the Absentee Shawnee, with enrollment number 3720.

15.     On March 19, 2024, an arrest warrant was issued in the Northern District of Oklahoma for **Fenix** for the violation of 18 U.S.C. §§ 1151, 1153 and 1111 First Degree Murder in Indian Country.

16.     The Tulsa Police Department (TPD) began a fugitive investigation for **Fenix.** A public search on Facebook for **Fenix** revealed that had a Facebook profile.

5

Witnesses told TPD that **Fenix** mainly utilizes Facebook accounts with ID 100093902735010 to message and voice call people.

17.     C.O. identified **Fenix's** Facebook account and Tuell's Facebook account.

18.     On March 20, 2024, Tuell and **Fenix** were taken into custody.

19.     A review of **Fenix's** Facebook will provide messages, photographs, and location information that can be compared to the location of the homicide before, during, and after the fact. Furthermore, the records can provide additional information that could lead to the identification of others involved in the homicide investigation, as well as possession of loot and/or weapons.

20.     Facebook has preserved **Fenix's** account as a result of this investigation.

21.     The Facebook records requested in Attachment B will be used to place **Fenix** at the location of the incident. The requested data for the requested time will assist in forming a pattern of life for **Fenix**, which may be of assistance in discovering **Fenix's** state of mind. For example, a pattern of life, known associates, and frequented locations will assist with **Fenix's** mental state. The received data will also assist the investigation by determining if **Fenix** had a previous relationship with the victim through social media.

22.     Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com. Facebook allows

6

its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

23.    Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter.  This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.  Facebook also assigns a user identification number to each account.

24.    Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network.  Facebook assigns a group identification number to each group.  A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request."  If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other.  Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

25.    Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts.  By

adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

26.     Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

27.     Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video. It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she

8

receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

28.     Facebook users can exchange private messages on Facebook with other users. Those messages are stored by Facebook unless deleted by the user. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile. In addition, Facebook has a chat feature that allows users to send and receive instant messages through Facebook Messenger. These chat communications are stored in the chat history for the account. Facebook also has Video and Voice Calling features, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

29.     If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

30.     Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites. Facebook users can also become "fans" of particular Facebook pages.

31.     Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

9

32.     Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend.  The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

33.     Facebook also has a Marketplace feature, which allows users to post free classified ads.  Users can post items for sale, housing, jobs, and other items on the Marketplace.

34.     In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the Facebook platform.  When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

35.     Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address.  These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action.  For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile and would show when and from what IP address the user did so.

10

36.     Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

37.     As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, a Facebook user's IP log, stored electronic communications, and other data retained by Facebook, can indicate who has used or controlled the Facebook account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account

11

at a relevant time.  Further, Facebook account activity can show how and when the account was accessed or used.  For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date.  By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation.  Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, Facebook builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other. This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation.  For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information to conceal evidence from law enforcement).

38.    Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, messaging information, and other account information.

12

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

39.     I anticipate executing this warrant under the Electronic

Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and

2703(c)(1)(A), by using the warrant to require Facebook to disclose to the

government copies of the records and other information (including the content of

communications) particularly described in Section I of Attachment B.  Upon receipt

of the information described in Section I of Attachment B, government-authorized

persons will review that information to locate the items described in Section II of

Attachment B.

## CONCLUSION

40.     Based on the foregoing, I request that the Court issue the proposed

search warrant.

41.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement

officer is not required for the service or execution of this warrant.  The government

will execute this warrant by serving it on Facebook.  Because the warrant will be

served on Facebook, who will then compile the requested records at a time

convenient to it, reasonable cause exists to permit the execution of the requested

warrant at any time in the day or night.

42.     This Court has jurisdiction to issue the requested warrant because it is

"a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§

2703(a), (b)(1)(A) & (c)(1)(A).  Specifically, the Court the Northern District of

Oklahoma is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

43.    Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

### REQUEST FOR SEALING

44.    I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court.  These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation.  Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Respectfully submitted,

Special Agent Ashleigh Siska
Federal Bureau of Investigation

Subscribed and sworn to before me via telephone on this / 5J of April 2024.

UNITED STATES MAGISTRATE JUDGE

14

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the Facebook user ID 100056444966811 with username **Lexus Fenix** that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California.

**ATTACHMENT B**

I.    Information to be disclosed by Facebook:

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information, limited to the time frame of 1 January 2024 through Present, to the government for each user ID listed in Attachment A:

(a)    All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b)    All activity logs for the account and all other documents showing the user's posts and other Facebook activities.

(c)    All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(d)    All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists,

including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e)     All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user IDs, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(f)     All other records and contents of communications and messages made or received by the user, including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(g)     All "check ins" and other location information;

(h)     All IP logs, including all records of the IP addresses that logged into the account;

(i)     All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(j)     All information about the Facebook pages that the account is or was a "fan" of;

2

(k)    All past and present lists of friends created by the account;

(l)    All records of Facebook searches performed by the account;

(m)    All information about the user's access and use of Facebook

Marketplace;

(n)    The types of service utilized by the user;

(o)    The length of service (including start date) and the means and source of

any payments associated with the service (including any credit card or

bank account number);

(p)    All privacy settings and other account settings, including privacy

settings for individual Facebook posts and activities, and all records

showing which Facebook users have been blocked by the account;

(q)    All records pertaining to communications between Facebook and any

person regarding the user or the user's Facebook account, including

contacts with support services and records of actions taken.

Facebook is hereby ordered to disclose the above information to the

government within 14 days of the issuance of this warrant.

II.      Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence

and instrumentalities of violations of Title 18, United States Code, Sections 1151,

1153, 1111 (First-Degree Murder in Indian Country) involving **Lexus Fenix** for the

time range of 1 January 2024 through Present, including, for each user ID identified

on Attachment A, information pertaining to the following matters:

(a) Information pertaining to the homicide of victim M.J. to include
    pertinent communications between conspirators, location data leading
    up to and at the time of the homicide and any preparatory steps taking
    in furtherance of the murder.

(b) Evidence indicating how and when the Facebook account was accessed
    or used, to determine the chronological and geographic context of
    account access, use, and events relating to the crime under investigation
    and to the Facebook account owner;

(c) Evidence indicating the Facebook account owner's state of mind as it
    relates to the crime under investigation;

(d) The identity of the person(s) who created or used the user ID, including
    records that help reveal the whereabouts of such person(s).

4

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Facebook, and my title is _____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Facebook. The attached records consist of _____ **[GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)]**. I further state that:

a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Facebook, and they were made by Facebook as a regular practice; and

b.    such records were generated by Facebook's electronic process or system that produces an accurate result, to wit:

1.      the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Facebook in a manner to ensure that they are true duplicates of the original records; and

2.      the process or system is regularly verified by Facebook, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.


_____          _____
Date                                                      Signature

2